**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04cv54**

| | | |
|---|---|---|
| DEBORAH T. RUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TARGET STORES, INC, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the transfer of this case from Judge Graham C. Mullen to Judge Robert J. Conrad, Jr., the Court hereby sets aside the Order entered April 12, 2005 which scheduled the case for trial during the September 12, 2005 mixed term of court. The Court will schedule a Status Conference at which time a new trial date and Pretrial Order and Case Management Plan will be discussed, and will inform the parties of the date and time.

**Signed: August 11, 2005**

_____
Robert J. Conrad, Jr.
United States District Judge