IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv54

| | |
|---|---|
| DEBORAH T. RUFF,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    ORDER<br>) |
| TARGET STORES, INC.,<br>    Defendant. | )<br>)<br>)<br>) |

**THIS MATTER** is before the Court upon motion of Defendant for Summary Judgment in the above captioned case. (Doc. No.14 ) The Court has considered also Plaintiff's Response to the motion (Doc. No. 22 ), and Defendant's Reply (Doc. No. 26).

On October 26, 2005, the Court heard oral arguments from the parties. After hearing the arguments of counsel, the Court announced its factual findings and legal conclusions. For the reasons articulated by the Court in the hearing, the Defendant's motion for Summary Judgment is **HEREBY GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's case is **DISMISSED**.

The Clerk is directed to send copies of this Order to counsel for the parties.

**Signed: October 28, 2005**

_____
Robert J. Conrad, Jr.
United States District Judge