# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Deborah T. Ruff,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:04-cv-54-C

Target Stores, Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2005 Order.

**Signed: October 31, 2005**

Frank G. Johns, Clerk
United States District Court